PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS ANDRONICOUS,<br><br>Defendant. | CASE NO. 1:23-MJ-00064-SAB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 7, 2023<br>TIME: 2:00 p.m. |

This case is set for a preliminary hearing on August 7, 2023. The parties agree and stipulate to continue the preliminary hearing until September 12, 2023. The parties are interested conducting additional investigation into a potential global resolution of this matter and a state case. The parties need additional time work through the analysis.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on August 7, 2023.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **September 12, 2023, at 2:00 p.m.** and to exclude time between August 7, 2023, and September 12, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

a) The parties are discussing and conducting further investigation into pre-indictment matters, including consideration of a global resolution with a Fresno County Superior case, F23902157. This will require investigation into matters related to sentencing at a minimum.

b) The government represents that discovery consists of reports, recordings and physical evidence. The government will make a dissemination of initial discovery to defense to aid in the discussion.

c) Counsel for defendant desires additional time to consult with his client, conduct further investigation, and discuss charges with the government.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of August 7, 2023 to September 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

PERIODS UNDER SPEEDY TRIAL ACT

2

Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

IT IS SO STIPULATED.

Dated: August 1, 2023                             PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ KIMBERLY A. SANCHEZ
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney

Dated: August 1, 2023                             /s/ PETER JONES
                                                  PETER JONES
                                                  Counsel for Defendant
                                                  NICHOLAS ANDRONICOUS

## ORDER

IT IS SO ORDERED that the preliminary hearing is continued from August 7, 2023, to **September 12, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 2, 2023**                       /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE